# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| XAVIER BROWN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00182 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to Title 28, United States Code, Section 2255. [ECF No. 1]. The motion is successive and will be denied and dismissed.

On November 3, 2021, movant was charged by Superseding Indictment with four counts of wire fraud, in violation of Title 18, United States Code, Section 1343, and one count of unauthorized use of access device, in violation of Title 18, United States Code, Section 1029(a)(1). *United States v. Brown*, No. 4:21-CR-259-CDP (E.D. Mo.).[1] Following a three-day jury trial, movant was found guilty on all counts. Movant appealed and the Eighth Circuit dismissed his appeal on December 9, 2022, for failure to prosecute, issuing its mandate on January 3, 2023. *United States v. Brown*, No. 22-3057 (8th Cir. 2022).

On March 8, 2024, movant filed his first Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255. *See Brown v. United States*, No. 4:24-CV-00360 CDP (E.D. Mo.). The Court denied and dismissed the Motion to Vacate on March 12, 2025, for the reason

---

[1] This case and the underlying criminal action were assigned to me. The Honorable Ronnie L. White, now retired, presided over movant's trial and sentenced him.

that his ineffective assistance of counsel claims were refuted by the extensive record in the case. Movant appealed the denial of his Motion to Vacate, and the Eighth Circuit denied his request for a certificate of appealability on August 8, 2025. *Brown v. United States*, No. 25-1744 (8th Cir. 2025).

Movant filed his second Motion to Vacate, Set Aside, or Correct his Sentence on February 4, 2026. [ECF No 1]. He alleges the denial of assistance of counsel in filing his direct appeal. *Id.* at 4.

Under 28 U.S.C. § 2244(a) and § 2255(h) district courts may not entertain a second or successive Motion to Vacate unless it has first been certified by the Court of Appeals. The instant Motion to Vacate has not been certified by the Court of Appeals for the Eighth Circuit.  As a result, the Court may not grant the requested relief, and this action must be denied and dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that movant's Motion to Vacate, Set Aside or Correct Sentence is **DENIED AND DISMISSED AS SUCCESSIVE**. [ECF No. 1]

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 10th day of February, 2026.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE